UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DEMETRIO FLORES III,

        Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

(Felon in Possession of Firearms)

On or about September 27, 2024, in Ottawa County, in the Southern Division of the Western District of Michigan,

**DEMETRIO FLORES III,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded Smith and Wesson .380 pistol with an obliterated serial number ultimately determined to bear serial number KJC7818, and a Ruger 9mm pistol, serial number 86078870, and the firearms were in and affecting commerce.

**18 U.S.C. § 922(g)(1)**
**18 U.S.C. § 921(a)**
**18 U.S.C. § 924(a)(8)**

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. 922(g) set forth in this Indictment, the defendant,

**DEMETRIO FLORES III,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c):

- A Smith and Wesson .380 pistol, serial number KJC7818
- Ruger 9mm pistol, serial number 86078870,

and associated ammunition.

**18 U.S.C. § 924(d)(1)**
**28 U.S.C. § 2461(c)**
**18 U.S.C. § 922(g)**

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
Acting United States Attorney

*[signature]*
_____
TIMOTHY VERHEY
Assistant United States Attorney